O. H. Mendenhall and Reva E. Mendenhall, Plaintiffs-Appellants, v. Illini Coach Company, a Corporation, Defendant-Appellee.

Gen. No. 10,304. 

Third District.

February 21, 1961.

Reno & O'Byrne, of Champaign (Donald M. Reno, of counsel) for

1

appellants; T. G. Knappenberger, Jr. and John J. Bresee, of Champaign, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.